IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

STEVEN SHAREK,

      Petitioner,

v.

                                 Case No. 5D18-1044

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed July 6, 2018

Petition for Belated Appeal
A Case of Original Jurisdiction.

Steven Sharek, Bonifay, pro se.

Pamela Jo Bondi, Attorney General, Tallahassee, and Marjorie Vincent-Tripp, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

      The petition for belated appeal is granted. A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the September 8, 2016 judgment and sentence rendered in Case No. 2016-CF-18435-A, in the Circuit Court in and for Brevard County, Florida. *See* Fla. R. App. P. 9.141(c)(6)(D).

      PETITION GRANTED.

PALMER, BERGER and EISNAUGLE, JJ., concur.